ORIGINAL
**19MAG 5330**

Approved: _____
PETER J. DAVIS
Assistant United States Attorney

Before:  THE HONORABLE GABRIEL W. GORENSTEIN
Chief United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - - - - X
                                        :  SEALED COMPLAINT
UNITED STATES OF AMERICA                :
                                        :  Violations of
            - v. -                      :  18 U.S.C. §§
                                        :  1349, 1344, 1028A,
                                        :  and 2
MANUEL BLANCO,                          :
DAURY SOSA,                             :
RONAL GONZALEZ,                         :
YARISONS CONCEPCION, and                :
TANIBEL PEREZ URENA,                    :
                                        :  COUNTY OF OFFENSE:
            Defendants.                 :  BRONX
                                        :
- - - - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

CHRISTOPHER O'ROURKE, being duly sworn, deposes and says that he is a Postal Inspector with the United States Postal Inspection Service ("USPIS"), and charges as follows:

COUNT ONE
(Conspiracy to Commit Bank Fraud)

1. From at least in or about 2016 up to and including at least in or about 2018, in the Southern District of New York and elsewhere, MANUEL BLANCO, DAURY SOSA, RONAL GONZALEZ, YARISONS CONCEPCION, and TANIBEL PEREZ URENA, the defendants, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit bank fraud, in violation of Title 18, United States Code, Section 1344.

2. It was a part and object of the conspiracy that MANUEL BLANCO, DAURY SOSA, RONAL GONZALEZ, YARISONS CONCEPCION, and TANIBEL PEREZ URENA, the defendants, and others known and unknown, willfully and knowingly, would and did execute and attempt to execute a scheme and artifice to defraud a financial

institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
(Bank Fraud)

3. From at least on or about 2016 up to and including at least on or about 2018, in the Southern District of New York and elsewhere, MANUEL BLANCO, DAURY SOSA, RONAL GONZALEZ, YARISONS CONCEPCION, and TANIBEL PEREZ URENA, the defendants, willfully and knowingly did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, BLANCO, SOSA, GONZALEZ, CONCEPCION, and PEREZ URENA deposited, and aided and abetted the depositing of, forged and altered money orders into bank accounts at financial institutions, and then withdrew funds, and aided and abetted the withdrawal of funds, to which they were not entitled.

(Title 18, United States Code, Sections 1344 and 2.)

## COUNT THREE
(Aggravated Identity Theft)

4. From at least in or about 2016 up to and including at least in or about 2018, in the Southern District of New York and elsewhere, MANUEL BLANCO, DAURY SOSA, and RONAL GONZALEZ, the defendants, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, BLANCO, SOSA, and GONZALEZ possessed and used the names and bank account numbers of multiple persons for the purpose of furthering fraudulent deposits and withdrawals through these persons' bank accounts, during and in relation to the conspiracy to commit bank fraud

charged in Count One of this Complaint and the bank fraud charged in Count Two of this Complaint.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

5. I am a United States Postal Inspector. I have been personally involved in the investigation of this matter, and I base this affidavit on that experience, my conversations with other law enforcement officials, and my examination of various reports and records. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## Overview of the Money Order Scheme

6. Based on my conversations with a bank inspector at a national bank ("Bank-1"), and my review of Bank-1 records, I have learned, in substance and in part, that between in or about 2016 through in or about 2017, Bank-1 identified a pattern of suspicious activity on multiple bank accounts. Specifically, I have learned that a large number of money orders had been deposited into multiple accounts at Bank-1.

7. Based on my experience as a postal inspector and my participation in numerous investigations into bank fraud schemes, I have learned the following:

a. Money orders are payment orders for a specific amount of money. Money orders are prepaid and guaranteed by a third party such as the Post Office, Western Union, or a bank. An individual can purchase a money order by prepaying the specific price to the third-party. The individual then receives a slip to fill out the payor and payee name.

b. Because money orders are prepaid, they are treated functionally like cash. While there are serial numbers for each money order, the third-party guarantor generally can confirm only whether the money order was cashed and generally does not keep a record of the money order's intended recipient. Nonetheless, an individual who purchases a money order is usually issued a receipt

3

with the payee information and an individual who believes that a money order was wrongfully paid may make a claim with the third-party guarantor and ultimately may be refunded for the money order.

8.      Based on my investigation, I have learned that the perpetrators of this scheme altered, or "washed," money orders that were stolen from the mail and changed the intended recipient to match the name on a co-conspirator's account at Bank-1 or another financial institution.  The perpetrators deposited the stolen and altered money orders into the co-conspirators' accounts and subsequently withdrew the money.  The perpetrators largely stole and altered money orders guaranteed by the Post Office, Western Union, MoneyGram, and PLS.

9.      Following an investigation, which included reviewing bank records from multiple national banks, I have identified over 2,000 money orders totaling over $1 million that have been deposited into over 50 identified bank accounts that appear to be connected to this scheme between in or about 2016 through in our about 2018.  Many of these money orders (specifically, those guaranteed by the Post Office and Western Union) have been reported stolen and refunded.  In total, I have identified approximately 500 unique victims of the Money Order Scheme.  Soon after the banks began charging back the accounts for the refunded money orders, the perpetrators stopped depositing money orders into the accounts and otherwise stopped using the accounts.

10.     As described in detail below, the defendants played the following roles, among others, in the Money Order Scheme:

a.      Among other things, MANUEL BLANCO, the defendant, opened Account-13, which had approximately forty money orders deposited into the account totaling approximately $27,000.  BLANCO also deposited money orders into, among others, Account-1, Account-2, Account-3, Account-5, and Account-14.

b.      Among other things, DAURY SOSA, the defendant, opened Account-12, which had approximately eighty money orders deposited into the account totaling approximately $60,000.  SOSA also deposited money orders into, among others, Account-6 and Account-14.

c.      Among other things, RONAL GONZALEZ, the defendant, opened Account-9, Account-10, and Account 11, which had approximately one hundred fifty money orders deposited into the accounts totaling approximately $50,000.  GONZALEZ also deposited money orders into, among others, Account-6.

   d. Among other things, YARISONS CONCEPCION, the defendant, opened Account-3, Account-4, and Account-5, which had approximately one hundred seventy money orders deposited into the accounts totaling approximately $72,000.

   e. Among other things, TANIBEL PEREZ URENA, opened Account-6, Account-7, and Account-8. Account-6 and Account-8 had over approximately seventy money orders deposited into the accounts totaling approximately $47,000.

Account-1

   11. Based on my review of Bank-1 records, I have learned the following:

   a. An individual ("Individual-1") has an account ("Account-1") at Bank-1.

   b. From on or about February 2, 2017 through on or about May 5, 2017, approximately sixty money orders were deposited into Account-1 addressed to Individual-1 totaling approximately $18,000. During this time, except for four cash deposits totaling $280, every deposit into Account-1 was a money order.

   12. Based on my review of Bank-1 records, I have learned that on or about March 28, 2017, three money orders were deposited into Account-1 at a Bank-1 ATM. The money orders were in the amount of $445 ("Order-1"), $57 ("Order-2"), and $50 ("Order-3").

   13. Based on my review of surveillance video of a Bank-1 ATM, I have learned that on or about March 28, 2017, an individual later identified to be MANUEL BLANCO, the defendant, entered a Bank-1 branch at approximately 7:32 a.m. and deposited Order-1, Order-2, and Order-3 into Account-1.

   14. Based on my review of Bank-1 records, I have learned that on or about May 5, 2017, a money order in the amount of $742 ("Order-4") was deposited into Account-1 at a Bank-1 branch in Yonkers, New York.

   15. Based on my review of surveillance video of the Bank-1 branch in Yonkers, New York, I have learned that on May 5, 2017, an individual later identified to be MANUEL BLANCO, the defendant, entered the Bank-1 branch and deposited Order-4, into Account-1.

   16. Based on my review of United States Postal records, I have learned that approximately two postal money orders that

were deposited into Account-1 were refunded because they were wrongfully paid.

17.     Based on my review of Bank-1 records, on May 2, 2017, May 9, 2017, and May 18, 2017, Bank-1 returned (i.e., rejected the deposits for) three money orders and debited Account-1 approximately $2,372.  No additional deposits were made into Account-1 after May 8, 2017, and the last activity on Account-1 was a $1,000 cash withdrawal on June 19, 2017 that brought Account-1's balance to negative $2,456.06.

### Account-2

18.     Based on my review of Bank-1 records, I have learned the following:

   a.   An individual ("Individual-2") has an account ("Account-2") at Bank-1.

   b.   From on or about December 13, 2016 through on or about May 11, 2017, approximately sixty money orders were deposited into Account-2 addressed to Individual-2 totaling approximately $16,000.

19.     Based on my review of Bank-1 records, I have learned that on or about March 23, 2017, a money order in the amount of $160 ("Order-5") was deposited into Account-2 at a Bank-1 ATM.

20.     Based on my review of surveillance video of the Bank-1 ATM, I have learned that on or about March 23, 2017, an individual later identified to be MANUEL BLANCO, the defendant, entered a Bank-1 branch at approximately 4:50 p.m. and deposited Order-5 into Account-2.

21.     Based on my review of Bank-1 records, I have learned that on or about May 10, 2017, a money order in the amount of $1,000 ("Order-6") was deposited into Account-2 at a Bank-1 branch located in the Bronx, New York.

22.     Based on my review of surveillance video of that Bank-1 branch in the Bronx, I have learned that on May 10, 2017, an individual, later identified to be MANUEL BLANCO, the defendant, entered the Bank-1 branch and deposited Order-6 into Account-2.

23.     Based on my review of United States Postal records, I have learned that approximately four postal money orders that were deposited into Account-2 were refunded because they were wrongfully paid.

24.     Based on my review of Bank-1 records, on or about May 15, 2017, Bank-1 returned a money order and debited Account-2 $224.98.  There was no more activity on Account-2 after May 15, 2017.

### Account-3, Account-4, and Account-5

25.     Based on my review of Bank-1 records, I have learned the following:

   a.     YARISONS CONCEPCION, the defendant, has an account ("Account-3") at Bank-1.

   b.     From on or about May 3, 2017 through on or about July 6, 2017, approximately thirty-nine money orders were deposited into Account-3 totaling approximately $17,000.

26.     Based on my review of Bank-1 records, I have learned that on or about June 12, 2017, June 16, 2017, and July 6, 2017, three money orders each in the amount of $1,000 ("Order-7," "Order-8," and "Order-9") were deposited into Account-3 at Bank-1 branches located in the Bronx, New York and New York, New York.

27.     Based on my review of surveillance video of Bank-1, I have learned that an individual, later identified to be MANUEL BLANCO, the defendant, entered the respective Bank-1 branches deposited Order-7, Order-8, and Order-9 into Account-3 on June 12, 2017, June 16, 2017, and July 6, 2017, respectively.

28.     Based on my review of Bank-1 records, I have learned that on July 13, 2017, Bank-1 returned a money order and debited Account-3 $50.00.  Besides Bank-1 returning two additional money orders on September 7, 2017 and September 11, 2017, and debiting Account-1 $1,700, there is no account activity on Account-3 after July 13, 2017.

29.     Based on my review of records from two other national banks ("Bank-2" and "Bank-3"), I have learned that YARISONS CONCEPCION, the defendant, has bank accounts at Bank-2 and Bank-3 ("Account-4" and "Account-5," respectively).

30.     Based on my review of Bank-2 records, I have learned that from on or about July 11, 2017 through on or about December 19, 2017, approximately fifty money orders were deposited into Account-4 totaling approximately $22,000.

31.     Based on my review of Bank-2 records, I have learned that on November 10, 2017 and on November 15, 2017, two money

orders each in the amount of $1,700 ("Order-10" and "Order-11") were deposited into Account-4 at a Bank-2 branch located in the Bronx, New York.

32. Based on my review of surveillance of the Bank-2 branch located in the Bronx, New York on November 10, 2017 and November 15, 2017, I have learned that an individual later identified as YARISONS CONCEPCION, the defendant, deposited Order-10 and Order 11 into Account-4.

33. Based on my review of Bank-2 records, I have learned that on December 21, 2017, Bank-2 returned a money order to Account-4 and debited Account-4 $997. No additional money order deposits were made into Account-4 after December 21, 2017.

34. Based on my review of Bank-3 records, I have learned that from on or about July 10, 2017 to on or about November 17, 2017, approximately eighty money orders were deposited into Account-5 totaling approximately $32,000. At least two of the money orders list the payer name as "Manuel Blanco."

35. Based on my review of Bank-3 records, I have learned that on October 2, 2017, a money order in the amount of $1,000 ("Order-12") was deposited into Account-5 at a Bank-3 branch in the Bronx, New York.

36. Based on my review of surveillance video of the Bank-3 branch in the Bronx, New York, I have learned that, on or about October 2, 2017, an individual later identified as MANUEL BLANCO, the defendant, deposited Order-12 into Account-5.

37. Based on my review of United States Postal records, I have learned that at least eleven postal money orders that were deposited into Account-3, Account-4, and Account-5 were refunded because they were wrongfully paid. At least one of these refunded postal money orders listed "Manuel Blanco" as the payer.

38. Based on my review of Bank-3 records, I have learned that on November 10, 2017, Bank-3 returned a money order to Account-5 and debited Account-5 $100.60. No additional money orders were deposited into Account-5 after November 17, 2017.

### Account-6, Account-7, and Account-8

39. Based on my review of Bank-1 records, I have learned the following:

   a. TANIBEL PEREZ URENA, the defendant, has an account ("Account-6") at Bank-1.

   b. From on or about February 28, 2017 through on or about May 11, 2017, approximately forty money orders were deposited into Account-6 totaling approximately $30,000.

40. Based on my review of Bank-1 records, I have learned that on or about March 16, 2017, March 17, 2017, and March 21, 2017, five money orders ("Order-13," "Order-14," "Order-15," "Order-16, and "Order-17") were deposited into Account-6 at a Bank-1 branch located in Yonkers, New York.

41. Based on my review of surveillance of the Bank-1 branch located in Yonkers, New York, I have learned that on or about March 16, 2017, individuals later identified as RONAL GONZALEZ and DAURY SOSA, the defendants, appeared together at the Bank-1 branch, and GONZALEZ appeared to deposit Order-13 into Account-6.[1] I have also learned that on March 17, 2017, an individual later identified as DAURY SOSA, the defendant, deposited Order-14 and Order-15 into Account-6. I have also learned that on or about March 21, 2017, and individual later identified as SOSA, deposited Order-16 and Order-17 into Account-6.

42. Based on my review of Bank-1 records, I have learned that on May 10, 2017, Bank-1 returned a money order to Account-6 because of "Forgery" and debited Account-6 $1,000. There were no additional money orders deposited into Account-6 after May 11, 2017.

43. Based on my review of records from a national bank ("Bank-4"), I have learned that TANIBEL PEREZ URENA, the defendant, has an account ("Account-7") at Bank-4. I have also learned that from on or about February 21, 2017 to on or about May 10, 2017, approximately four personal checks were deposited into Account-7. At least two of these checks were reported stolen and wrongfully paid to Account-7. I have also learned that, on or about May 22, 2017, the remaining balance of Account-7 was withdrawn by check. I have also learned that URENA's bank card at Bank-4 was used along

---

[1] I have also learned that at approximately the same time, SOSA deposited money orders into what is described below as Account-14.

with URENA's photo identification card to set up Account-6 at Bank-1.

44. Based on my review of surveillance video from Bank-4, I have learned that TANIBEL PEREZ URENA, the defendant, can be seen accessing Account-7 on multiple occasions.

45. Based on my review of Bank-3 records, I have learned that TANIBEL PEREZ URENA, the defendant, has an account ("Account-8") at Bank-3. I have also learned that from on or about March 15, 2017 to on or about September 6, 2017, approximately thirty money orders were deposited into Account-8 totaling approximately $17,000.

46. Based on my review of United States Postal records, I have learned that at least eight postal money orders that were deposited into Account-6 and Account-8 were refunded because they were wrongfully paid.

47. Based on my review of Bank-3 records, I have learned that on September 8, 2017, Bank-3 returned a money order and debited Account-8 $67. There were no additional money order deposits after September 6, 2017 into Account-8.

### Account-9, Account-10, and Account-11

48. Based on my review of Bank-1 records, I have learned the following:

   a. RONAL GONZALEZ, the defendant, has an account ("Account-9") at Bank-1.

   b. From on or about November 17, 2016 to on or about April 4, 2017, approximately ten money orders were deposited into Account-9 totaling approximately $8,000.

49. Based on my review of United States Postal records, I have learned that three postal money orders that were deposited into Account-9 were refunded because they were wrongfully paid.

50. Based on my review of Bank-3 records, I have learned that RONAL GONZALEZ, the defendant, has two accounts at Bank-3 ("Account-10" and "Account-11") both of which are in the name of Ronal D. Gonazalez. I have also learned that from on or about July 19, 2017 to on or about January 2, 2018, approximately one hundred money orders were deposited into Account-10. I have also learned that from on or about July 28, 2017 to January 12, 2018, approximately forty money orders were deposited into Account-11.

The total value of the money orders deposited into Account-10 and Account 11 is approximately $45,000.

51. Based on my review of United States Postal records, I have learned that at least six postal money orders that were deposited into Account-10 and Account-11 were refunded because they were wrongfully paid.

### Account-12

52. Based on my review of Bank-3 records, I have learned the following:

   a. DAURY SOSA, the defendant, has two accounts (together, "Account-12") at Bank-3.

   b. From on or about July 17, 2017 to on or about November 27, 2017, approximately eighty money orders were deposited into Account-12 totaling approximately $60,000.

53. Based on my review of United States Postal records, I have learned that at least eleven postal money orders that were deposited into Account-12 were refunded because they were wrongfully paid.

### Account-13

54. Based on my review of Bank-3 records, I have learned the following:

   a. MANUEL BLANCO, the defendant, has an account ("Account-13") at Bank-3.

   b. From on or about July 21, 2017 to on or about October 6, 2017, approximately forty money orders were deposited into Account-13 totaling approximately $27,000.

   c. Based on my review of United States Postal records, I have learned that approximately five postal money orders that were deposited into Account-13 were refunded because they were wrongfully paid.

### Account-14

55. Based on my review of Bank-1 records, I have learned the following:

   a. An individual ("Individual-3") has a bank account at Bank-1 ("Account-14").

11

b.  From on or about December 1, 2016 to on or about May 11, 2017, approximately eighty money orders were deposited into Account-14 totaling approximately $57,000.

c.  On or about March 16, March 17, and May 5, 2017, five money orders ("Order-18," "Order-19," "Order-20," "Order-21," and "Order-22") were deposited into Account-14.

56.  Based on my review of surveillance video of Bank-1, I have learned that on or about March 16, 2017, individuals later identified as RONAL GONZALEZ and DAURY SOSA, the defendants, appear together at the Bank-1 branch, and SOSA deposited Order-18 and Order-19 into Account-14.  I have also learned that on March 17, 2017, SOSA deposited Order-20 into Account-14.  I have also learned that on May 5, 2017, an individual later identified as MANUEL BLANCO, the defendant, deposited Order-21 and Order-22 into Account-14.

57.  Based on my review of United States Postal records, I have learned that approximately seven postal money orders that were deposited into Account-14, including Order-19, were refunded because they were wrongfully paid.

58.  Based on my review of Bank-1 records, I have learned that beginning on or about December 1, 2016 and ending when Account-14 closed on or about May 19, 2017, every deposit made into Account-14 was a money order.  I have also learned that on or about May 10, 2017 and on or about May 12, 2017, Bank-1 returned two money orders and debited Account-14 $2,000.  There is no account activity in Account-14 after on or about May 12, 2017.

### Western Union

59.  Based my review of from Western Union documents, I have learned that out of the approximately 1,000 Western Union money orders that have been deposited as part of this fraud, which includes money orders that were deposited in Accounts-1 through 14, approximately 40% of the Western Union money orders have been reported stolen by the true purchasers.

### Identification

60.  Based on my review of photographs, including those on social media websites, law enforcement databases, surveillance video of individuals accessing the bank accounts in their names, and DMV records, I have identified MANUEL BLANCO, DAURY SOSA, RONAL GONZALEZ, YARISONS CONCEPCION, and TANIBEL PEREZ URENA, the defendants, as the individuals described above.

## The Conspiracy

61. Based on my review of RONAL GONZALEZ's, the defendant's, Facebook account, I have learned that different individuals have posted videos on that Facebook account explaining, in sum and substance, how to make money by allowing individuals to use their debit cards. The videos invite those interested in learning how to make money to comment on the video. For example, one video has a comment that explains, in sum and substance: easy money my people if you do not believe me follow the steps of the video and I send you the information.

62. Based on my review of Bank-3 records, I have learned that an address for an apartment in Yonkers ("Address-1") is the mailing address on Account-12, which is in the name of DAURY SOSA, the defendant. I have also learned that Account-10 and Account-11 also list Address-1 as the mailing address for the accounts.

63. Based on my review of Bank-1 records, I have also learned that Account-9, which is in the name of RONAL GONZALEZ, the defendant, also lists Address-1 as the mailing address for the account.

64. Based on my review of Bank-1 records, I have also learned that Account-14, which is in the name of Individual-3, lists Address-1 as the mailing address.

65. Based on my review of Bank-3 records, I have learned that Account-13, which is under the name of MANUEL BLANCO, the defendant, lists a Bronx apartment ("Address-2") as the mailing address. I have also learned that approximately six other accounts at Bank-3 list Address-2 as their mailing address. Money orders have been deposited in each of these accounts and many of the money orders have been refunded as wrongfully paid.

66. As referenced above, based on my review of Bank-1 records, including surveillance video, I have learned that MANUEL BLANCO and DAURY SOSA, the defendants, each deposited money orders into Account-6 (which was in the name of TANIBEL PEREZ URENA, the defendant) and Account-14 (which was in the name of Individual-3).

67. As referenced above, based on my review of Bank-1 records including surveillance video, I have learned that MANUEL BLANCO, the defendant, on or about May 5, 2017, deposited money orders into Account-1 and Account-6 at same Bank-1 branch.

68. Based on my review of United States Postal records, I have learned that a victim ("Victim-1") purchased two money orders on August 1, 2017. Victim-1 was the payor and another individual was listed as the payee for both money orders. One of these money orders was altered to name YARISONS CONCEPCION, the defendant, as the payee and the money order was deposited into CONCEPCION's account, Account-5, on August 7, 2017. The other money order was altered to name TANIBEL PEREZ URENA, the defendant, the payee, and was deposited into PEREZ URENA's account, Account-8, on August 10, 2017.

69. Based on my review of NYPD voucher records, and on my discussions with representatives of the NYPD, I have learned that on or about April 21, 2018, DAURY SOSA, was arrested by the NYPD. I have also learned that, incident to SOSA's arrest, NYPD seized credit cards, debit cards, drivers' licenses, social security cards, and other forms of identification in third-parties' names. The NYPD also seized a money order receipt from MoneyGram. I have also learned that two of the credit cards seized incident to SOSA's arrest were issued by Bank-2 and were in the name of YARISONS CONCEPCION, the defendant.[2]

70. Based on my review of Bank-2 records, I have learned that one of the credit cards found on DAURY SOSA, the defendant, at the time of his arrest, and in the name of YARISON CONCEPCION, the defendant, was linked to Account-4.

71. From my review of publicly available materials, as well as my training and experience as a United States Postal Inspector, I know that, at all relevant times, the deposits of Bank-1, Bank-2, Bank-3, and Bank-4 were insured by the Federal Deposit Insurance Corporation.

WHEREFORE, the deponent respectfully requests that a warrant be issued for the arrest of MANUEL BLANCO, DAURY SOSA, RONAL GONZALEZ, YARISONS CONCEPCION, and TANIBEL PEREZ URENA, the

---

[2] I have also learned that on or about January 29, 2019, SOSA pleaded guilty to unlawful possession of personal identification information in the third degree, in violation of N.Y.P.L. 190.81.

defendants, and that they be arrested and imprisoned or bailed, as the case may be.

_____
Christopher O'Rourke
Postal Inspector
United States Postal Inspection Service

Sworn to before me this
5th day of June, 2019

_____
THE HONORABLE GABRIEL W. GORENSTEIN
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

15